1  ADAM PAUL LAXALT
   Attorney General
2  ERIN L. ALBRIGHT #9953
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, Nevada 89701-4717
   Tel: (775) 684-1257
6  E-mail: *ealbright@ag.nv.gov*

7  *Attorneys for Defendants*
   *Romeo Aranas, John Keast,*
8  *Melissa Mitchell and Gene Yup*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLIE D. JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, et al.,<br><br>    Defendants | Case No. 3:16-cv-00706-MMD-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Defendants Aranas, Keast, Mitchell and Yup, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Erin L. Albright, Deputy Attorney General, and Plaintiff, Charlie D. Jackson, acting in *pro se*, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 6 day of December, 2017.          DATED this 7th day of Dec., 2017.

By: _____
Charlie D. Jackson (#1127769)
Plaintiff

OFFICE OF THE ATTORNEY GENERAL

By: _____
Erin L. Albright, SBN 9953
100 N. Carson Street
Carson City, NV 89701
(775) 684-1257
ealbright@ag.nv.gov
Attorneys for Defendants

1

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this 7th day of December, 2017.

_____
DISTRICT JUDGE